No. 72–853. UNITED STATES *v.* B & H DIST. CORP. ET AL. Appeal from D. C. W. D. Wis. Judgment vacated and case remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would affirm. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, dissents and would affirm the judgment of dismissal of the indictment charging appellees with a violation of 18 U. S. C. § 1462. See *Miller* v. *United States, ante,* p. 47.

No. 72–932. BIGELOW *v.* VIRGINIA. Appeal from Sup. Ct. Va. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade,* 410 U. S. 113 (1973); and *Doe* v. *Bolton,* 410 U. S. 179 (1973).